Eugene Cullen, Plaintiff, v. National Sheet Metal

* Decided January 18, 1888.

Company, Defendant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.